**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KANYBEK SYDYKBEKOV,

          Petitioner,

    v.

FERETI SEMAIA, et al.,

          Respondents.

No. 5:26-cv-4105-DKW (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case.  No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED, and:

(A) Respondents shall immediately release Petitioner **KANYBEK SYDYKBEKOV (A-241-738-541)** from custody, reinstate his release under the same conditions that were in place before his detention on July 21, 2026, and return any personal property and documents seized at the time of his detention;

(B) Respondents shall also provide Petitioner with a copy of this Order at or near the time of release;

(C) within three days of the date of this Order, Respondents shall file a Notice of Release confirming Petitioner's release and return of his personal property and documents; and

(D) Respondents are enjoined from re-detaining Petitioner without seven (7) days' notice and an opportunity to be heard on the reasons for the proposed revocation of parole and re-detention.

Judgment will enter concurrently herewith on a separate form.

**IT IS SO ORDERED.**

DATED: August 5, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge